

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2018

No. 04-18-00520-CV

**IN THE INTEREST OF N.R.T, C.C.T., A.T., CHILDREN,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

This is an accelerated appeal involving the termination of parental rights. Appellee's brief was originally due in this court on November 19, 2018. On that day, appellee filed a motion requesting an extension of time to file its brief. Counsel is reminded that, by statute, this appeal is to take precedence over other matters, and under the Texas Rules of Appellate Procedure, an appellee must file its brief within twenty days as opposed to thirty days after the appellant's brief is filed. TEX. FAM. CODE ANN. §§ 109.002(a), 263.405(a); TEX. R. APP. 38.6(b). Moreover, this court is mandated to dispose of appeals involving the termination of parental rights within 180 days from the date the notice of appeal is filed in the trial court. TEX. R. JUD. ADMIN. 6.2. Accordingly, any delay in the filing of the brief encroaches upon our time for disposition.

After consideration, we **GRANT IN PART AND DENY IN PART** appellee's motion for extension of time to file its brief and **ORDER** appellee to file its brief **on or before December 10, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court